IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO PEREZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**C.E. DUCART, et al.,**<br><br>　　　　　　　　　　Defendant. | Case No. 5:17-cv-05562-BLF<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

Defendants moved to change the time, by 60 days, to file a dispositive motion. Having read and considered Defendants' motion to change time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion is **GRANTED**. Defendants may file and serve a dispositive motion on or before December 21, 2018. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than 28 days after Defendants' motion is filed. Defendants shall file a reply brief 14 days after an opposition is filed and served.

**IT IS SO ORDERED**.

Dated: October 19, 2018

_____
The Honorable Beth L. Freeman
United States District Court Judge

1