# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MARCO A. PEREZ,

    Plaintiff,

    v.

C. E. DUCART, et al.,

    Defendants.

Case No. 17-05562 BLF (PR)

**JUDGMENT**

The Court has granted Defendant's motion to dismiss and dismissed all claims in this action. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** July 29, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\05562Perez_judgment